In The United States District Court
For The Western District Of Washington

Project Veritas,

    *Plaintiff*,

v.

The Leland Stanford Junior University and The University of Washington,

    *Defendants*.

No. 2:21-cv-01326-TSZ

Plaintiff's Motion to Extend Initial Scheduling Deadlines

Noting Date: November 12, 2021

## **PLAINTIFF'S MOTION TO EXTEND INITIAL SCHEDULING DEADLINES**

Plaintiff Project Veritas submits this Motion to Extend Initial Scheduling Deadlines in response to the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, ECF No. 13, entered on September 30, 2021 in this matter (the "Initial Scheduling Order").

This defamation action arises out of the publication of a false and defamatory blog post by a newly-formed group calling itself the "Election Integrity Partnership," a joint undertaking by employees and agents of the Defendants, The Leland Stanford Junior University ("Stanford") and The University of Washington. After the defamatory statements were published, Project Veritas sought to correct the record and demanded retractions from the Defendants. The Defendants refused to correct their false statements. Therefore, Project Veritas filed this lawsuit on September 29, 2021, and the timing of the filing was motivated in part by a desire to preserve these claims as against any potential statute of limitations bar.

Plaintiff's Motion to Extend Deadlines - 1

*Project Veritas v. Stanford and UW*, No. 2:21-cv-01326-TSZ

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

The Initial Scheduling Order set a deadline of November 15, 2021 for the parties to hold a Rule 26(f) conference and a deadline of November 29, 2021 for the parties to submit a joint status report and joint discovery plan. However, Project Veritas is not able to confer with Defendants and submit a joint proposal by these dates because Defendants have not yet been served with process. The delay in service is due to the State of Washington's 60-day notice requirement for tort claims involving agencies of the State. Project Veritas served the University of Washington with the required Notice of Claim on September 29, 2021 (the same day that it filed its Complaint), and thus the 60-day notice period will not run until November 28, 2021—after the current deadline for the Rule 26(f) conference and just one day prior to the current deadline for submitting a joint status report and discovery plan.

Although the 60-day tort claim notice period is ostensibly for the purpose of allowing the State to resolve potential claims, Project Veritas notes that although it submitted its Notice of Claim to the University of Washington well over a month ago, the University of Washington has yet to respond to the notice at all, let alone make any attempt to resolve the claim. And there can be no dispute that the University of Washington has been fully on notice of this dispute for nearly a year. Project Veritas made numerous requests for a retraction of the statements at issue beginning nearly a year before this suit was filed and continuing right up to the filing date, but all of those requests were refused by The University of Washington and Stanford. Nevertheless, the State has refused Project Veritas' request to waive the 60-day notice period. Thus, the earliest that Project Veritas is able to serve the University of Washington with the Complaint and Summons is Monday, November 29, 2021, the first business day after the notice period expires. Project Veritas intends to promptly serve both Defendants on that date.[1]

Accordingly, Plaintiff respectfully requests a short 60-day extension of the upcoming Initial Scheduling Order deadlines, so that the conference, disclosure, and joint discovery plan deadlines

---

[1] Because the University of Washington cannot be properly served prior to November 29, 2021, Project Veritas elected to defer service on Stanford until the same time as the University of Washington to preserve judicial economy and to ensure that the response deadlines are coordinated.

Plaintiff's Motion to Extend Deadlines - 2

*Project Veritas v. Stanford and UW*, No. 2:21-cv-01326-TSZ

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

fall after the time when Plaintiff is first able to complete service. The proposed revised deadlines are as follows:

| Deadline for FRCP 26(f) Conference: | January 14, 2022 |
|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1): | January 28, 2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): 11/29/2021 | January 31, 2022 |

## Conclusion

For the foregoing reasons, Plaintiff Project Veritas respectfully requests that the Court grant its motion and extend the relevant deadlines to the dates proposed above.

November 12, 2021.

Plaintiff's Motion to Extend Deadlines - 3

Project Veritas v. Stanford and UW, No. 2:21-cv-01326-TSZ

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

Ard Law Group PLLC

By: _____

Joel B. Ard, WSBA # 40104
P.O. Box 11633
Bainbridge Island, WA 98110
206.701.9243
Joel@Ard.law

*/s/ Elizabeth M. Locke*
Elizabeth M. Locke, P.C.
(Admitted Pro Hac Vice)

*/s/ Andrew C. Phillips*
Andrew C. Phillips
(Admitted Pro Hac Vice)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
Email: libby@clarelocke.com
Email: andy@clarelocke.com
ATTORNEYS FOR PLAINTIFF
PROJECT VERITAS

PLAINTIFF'S MOTION TO EXTEND DEADLINES - 4

*PROJECT VERITAS V. STANFORD AND UW*, NO. 2:21-CV-01326-TSZ

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

# [Proposed] Order

In consideration of Plaintiff Project Veritas's Motion to Extend Initial Scheduling Deadlines, the deadlines in this Court's Order of September 30, 2021 are hereby extended as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | January 17, 2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | January 31, 2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): 11/29/2021 | January 31, 2022 |

It is so ordered.

Dated this _____ day of November, 2021.

_____
Thomas S. Zilly
United States District Judge

[Proposed] Order Extending Initial Scheduling Deadlines

*Project Veritas v. Stanford and UW*, No. 2:21-cv-01326-TSZ

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243