AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

Project Veritas

*Plaintiff(s)*

v.

The Leland Stanford Junior University and The University of Washington

*Defendant(s)*

Civil Action No. 2:21-cv-01326 TSZ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Leland Stanford Junior University,
Office of the General Counsel,
Building 170, Third Floor, Main Quad
Stanford, CA 94305-2038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel B. Ard
Ard Law Group PLLC
PO Box 11633
Bainbridge Island, WA 98110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/30/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-01326 TSZ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Project Veritas__
was received by me on *(date)* __11-29-21__.

☐ I personally served the summons on the individual at *(place)* _____
  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
  on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Tong Zhang__, who is designated by law to accept service of process on behalf of *(name of organization)* __Office of The General Counsel__ on *(date)* __11-29-21__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __190__ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __11-29-21__

_____
Server's signature

__Dimitrius Forakis__
Printed name and title

__649 Main St. #152 Martinez, Ca 94553__
Server's address

Additional information regarding attempted service, etc:

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

State of California
County of Santa Clara

Subscribed and sworn to (or affirmed) before me on the __29th__ day of __Nov.__, 20__21__, by (1) __Dimitrius Forakis__ (and (2) _____),
Name(s) of Signer(s)
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature _____
Signature of Notary Public



VIKAL PATEL
COMM. #2340947
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Exp. Feb. 2, 2025

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| Project Veritas | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:21-cv-01326 TSZ |
| The Leland Stanford Junior University and The University of Washington | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The University of Washington
Division of the Attorney General's Office
UW Box 359475
Seattle, WA 98195

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel B. Ard
Ard Law Group PLLC
PO Box 11633
Bainbridge Island, WA 98110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/30/2021

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| In Re the Matter of: | |
|---|---|
| PROJECT VERITAS, | NO. 2:21 – CV – 01326 – TSZ |
| Plaintiff, | |
| and | AFFIDAVIT OF SERVICE |
| UNIVERSITY OF WASHINGTON, et al, Defendant. | |

*I Declare*:

1. My name is Joshua Ritts. My mailing address is PO Box 23063, Seattle, WA 98102. I am over the age of 18 years, and I am not a party to this action. I am authorized by law to serve process in Washington State.

2. I served the following documents for the above referenced matter to the UNIVERSITY OF WASHINGTON DIVISION OF THE ATTORNEY GENERAL:

    1) SUMMONS (LELAND STANFORD JUNIOR UNIVERSITY)
    2) SUMMONS (UNIVERSITY OF WA/DIVISION OF AG)
    3) COMPLAINT
    4) EXHIBITS A - D
    5) CIVIL COVER SHEET
    6) APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE (x2)

Declaration of Service- Page 1 of 2

      7) NOTICE OF ELECTRONIC FILING
      8) PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT
      9) PLAINTIFF'S JURY DEMAND
     10) ORDER REGARDING INITIAL DISCLOSURES
     11) PLAINTIFF'S MOTION TO EXTEND SCHEDULING DEADLINES
     12) EMAILS WITH US DISTRICT COURT RE: FILING/DEADLINES
     13) DOCKET SHEET
     14) NOTICE OF ASSIGNMENT OF JUDGE

3. The date, time and place of service were:
   Date: **November 29, 2021**    Time: **0905 Hours**
   Address: **serviceATG@atg.wa.gov, uwago@uw.edu**

4. Service was completed by emailing documents listed in Paragraph (2) above to the addresses listed in Paragraph (3) above. As of 1044 Hours, November 29, 2021, I had received email confirmation from Lanse Jones, Paralegal for the Attorney General's Office, University of Washington Division, that the files had been received (EXHIBIT A).

5. My fee for this service was $195 USD.

6. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

_____ (Signature of Affiant)

Subscribed and sworn to before me this 29 day of November, 2021.

_____ Notary Public

BRIAN MIRET
Notary Public
State of Washington
Commission # 197375
My Comm. Expires Nov 20, 2025

My Commission Expires: Nov 20, 2025

Declaration of Service- Page 2 of 2

# EXHIBIT A

 Joshua Ritts <josh@clearviewpi.com>

## Project Veritas v. UW Lawsuit Received

1 message

**Jones, Lanse (ATG)** <lanse.jones@atg.wa.gov>　　　　　　　　　　　　Mon, Nov 29, 2021 at 10:44 AM
To: "josh@clearviewpi.com" <josh@clearviewpi.com>

Hi Joshua,

This email is to confirm receipt of the Project Veritas lawsuit documents via the AGO's online service portal today.

Lanse Jones, Paralegal

Attorney General's Office

University of Washington Division

UW Tower, Mailbox 359475

Telephone: (206) 543-3243