The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROJECT VERITAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY and THE UNIVERSITY OF WASHINGTON,<br><br>　　　　　Defendant. | Case No. 2:21-cv-01326-TSZ<br><br>NOTICE OF APPEARANCE |

TO:　　　　THE CLERK OF THE COURT

AND TO:　　ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Daniel J. Dunne hereby enters his appearance as counsel for defendant University of Washington in the above-entitled action.

You are directed to serve all further pleadings or papers, except original process, upon the said attorney at the address stated below.

Dated: December 17, 2021　　　　ORRICK, HERRINGTON & SUTCLIFFE LLP

　　　　　　　　　　　　　　　　　By: *s/Daniel J. Dunne*
　　　　　　　　　　　　　　　　　　　Daniel J. Dunne (WSBA# 16999)
　　　　　　　　　　　　　　　　　　　ddunne@orrick.com

　　　　　　　　　　　　　　　　　　　701 Fifth Avenue, Suite 5600
　　　　　　　　　　　　　　　　　　　Seattle, WA  98104-7097
　　　　　　　　　　　　　　　　　　　Telephone:  +1 206 839 4300
　　　　　　　　　　　　　　　　　　　Facsimile:  +1 206 839 4301

　　　　　　　　　　　　　　　　　*Attorneys for Defendant University of Washington*

NOTICE OF APPEARANCE
2:21-cv-01326-TSZ

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300