THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PROJECT VERITAS,<br><br>*Plaintiff*,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY and THE UNIVERSITY OF WASHINGTON,<br><br>*Defendants*. | No. 2:21-cv-01326-TSZ<br><br>**DEFENDANT THE UNIVERSITY OF WASHINGTON'S NOTICE OF INTENT TO FILE SPECIAL MOTION FOR EXPEDITED RELIEF** |

Defendant The University of Washington ("UW") hereby provides Plaintiff Project Veritas with notice of UW's intent to file a special motion for expedited relief pursuant to Section 4.105.020 of the Revised Code of Washington ("RCW"). Under RCW 4.105.020, UW's motion is due no later than January 28, 2022. Prior to that time, Project Veritas may withdraw or amend the Complaint in accordance with applicable court rules.

Upon providing this notice, and pursuant to RCW 4.105.030, "[a]ll other proceedings between the moving party and responding party, including discovery and a pending hearing or motion, are stayed." The stay remains in effect until entry of an order ruling on the motion and expiration of the time for appeal.

UW reserves all rights to seek costs, attorneys' fees, and litigation expenses related to the motion for expedited relief under RCW 4.105.090.

UW'S NOTICE OF INTENT TO FILE MOTION
FOR EXPEDITED RELIEF - 1 -
NO. 2:21-CV-01326-TSZ

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 FIFTH AVENUE, SUITE 5600
SEATTLE, WASHINGTON 98104-7097
+1 206 839 4300

Dated: December 17, 2021

                                        ORRICK, HERRINGTON & SUTCLIFFE LLP

                              By: */s/ Daniel J. Dunne*
                                    */s/ Robert M. McKenna*
                                    Daniel J. Dunne (WSBA No. 16999)
                                    Robert M. McKenna (WSBA No. 18327)
                                    701 5th Avenue, Suite 5600
                                    Seattle, WA 98104
                                    Telephone: (206) 839-4395
                                    ddunne@orrick.com
                                    rmckenna@orrick.com

                                    */s/ R. David Hosp*
                                    R. David Hosp (*pro hac vice pending*)
                                    222 Berkeley Street, Suite 2000
                                    Boston, MA 02116
                                    Telephone: (206) 839-4395
                                    dhosp@orrick.com

                                    *Attorneys for Defendant*
                                    *The University of Washington*

UW'S NOTICE OF INTENT TO FILE MOTION
FOR EXPEDITED RELIEF
NO. 2:21-CV-01326-TSZ

- 2 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 FIFTH AVENUE, SUITE 5600
SEATTLE, WASHINGTON 98104-7097
+1 206 839 4300