The Honorable Thomas S. Zilly

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| PROJECT VERITAS,<br><br>    Plaintiff,<br><br>vs.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY and THE UNIVERSITY OF WASHING,<br><br>    Defendants. | Cause No. 2:21-cv-01326 TSZ<br><br>NOTICE OF APPEARANCE ON BEHALF OF THE UNIVERSITY OF WASHINGTON |

TO:   CLERK OF THE COURT

AND TO:   ALL PARTIES AND/OR THEIR ATTORNEY(S) OF RECORD

PLEASE TAKE NOTICE that JAMES K. BUDER, Assistant Attorney General, hereby appears as the attorney for THE UNIVERSITY OF WASHINGTON in the above entitled action, without waiving objection as to improper service or failure of service, venue, or jurisdiction, and requests that all further papers and pleadings, except original process, be served upon the undersigned at the address mentioned below.

**DATED** this 17th day of December 2021.

**ROBERT W. FERGUSON**
Attorney General


*/s/* James K. Buder
JAMES K. BUDER, WSBA #36659
Assistant Attorney General
Attorneys for Defendant University of Washington

NOTICE OF APPEARANCE ON BEHALF OF THE UNIVERSITY OF WASHINGTON - 1

**ATTORNEY GENERAL OF WASHINGTON**
UNIVERSITY OF WASHINGTON
4333 BROOKLYN AVE NE, **MS 359475**
SEATTLE, WASHINGTON **98195-9475**
**(206) 543-4150**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, he caused the foregoing *Notice of Appearance on Behalf of the University of Washington* to be served on the following individual(s) in the manner indicated:

| Attorneys for Plaintiff: | |
|---|---|
| Elizabeth Locke<br>Andrew Clay Phillips<br>Clare Locke LLP<br>10 Prince St<br>Alexandria, VA 22314<br>libby@clarelocke.com<br>andy@clarelocke.com | ☐ Personal Service<br>☐ Regular U.S. Mail, Postage Prepaid<br>☐ Certified Mail, Return Receipt Requested, Postage Prepaid<br>☒ E-Service |
| Joel B. Ard<br>Ard Law Group PLLC<br>Bainbridge Island, WA 98110<br>Joel@ard.law | |
| Attorneys for Defendant The University of Washington:<br><br>Robert M. McKenna<br>Orrick Herrington & Sutcliffe LLP<br>701 Fifth Avenue, Ste 5600<br>Seattle, WA 98104<br>rmckenna@orrick.com | ☐ Personal Service<br>☐ Regular U.S. Mail, Postage Prepaid<br>☐ Certified Mail, Return Receipt Requested, Postage Prepaid<br>☒ E-Service |

DATED this 17th day of December 2021.

*/s/* James K. Buder
James K. Buder
Assistant Attorney General

NOTICE OF APPEARANCE ON BEHALF
OF THE UNIVERSITY OF WASHINGTON - 2

**ATTORNEY GENERAL OF WASHINGTON**
UNIVERSITY OF WASHINGTON
4333 BROOKLYN AVE NE, **MS 359475**
SEATTLE, WASHINGTON **98195-9475**
**(206) 543-4150**