UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PROJECT VERITAS,

  Plaintiff,

  v.

LELAND STANFORD JUNIOR UNIVERSITY; and UNIVERSITY OF WASHINGTON,

  Defendants.

C21-1326 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  The Court has received an ex parte communication requesting a telephonic motion.  Per Local Rule 7(i), "[n]o request for a telephonic motion shall be considered unless all counsel participate in the call making the request, or unless it is represented by counsel making the call that reasonable efforts have been made to include all counsel in the call, and that such efforts were unavailing."  The Court will not consider requests for telephonic motions unless they are made in accordance with the Local Rules.

(2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of January, 2022.

Ravi Subramanian<br>
Clerk<br>
<br>
s/Gail Glass<br>
Deputy Clerk

MINUTE ORDER - 1