# Exhibit A



Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor | San Francisco, CA 94111-5998 | tel 415.983.1000 | fax 415.983.1200

MAILING ADDRESS: P.O. Box 2824, San Francisco, CA 94126-2824

Lee Brand
tel: +1.415.983.1116
lee.brand@pillsburylaw.com

December 17, 2021

<u>Via Email</u>

Elizabeth M. Locke                          Joel B. Ard
Andrew C. Phillips                          Ard Law Group PLLC
Clare Locke LLP                             P.O. Box 11633
10 Prince Street                            Bainbridge Island, WA 98110
Alexandria, VA  22314                       Email: joel@ard.law
Email: libby@clarelocke.com
        andy@clarelocke.com

Re:   *Project Veritas v. The Leland Stanford Junior University and The University of Washington*, Case No. 2:21-cv-01326-TSZ (W.D. Wash.)

Counsel:

We write on behalf of The Board of Trustees of the Leland Stanford Junior University, sued as The Leland Stanford Junior University ("Stanford"), in connection with the above-referenced action.

Pursuant to Section 4.105.020 of the Revised Code of Washington (RCW), Stanford hereby provides notice of its intent to file a special motion for expedited relief. Project Veritas may now withdraw or amend its complaint in the action but must otherwise comply with the stay obligations listed in RCW 4.105.030. If Project Veritas does not withdraw or amend, and Stanford prevails on its special motion, Stanford will be entitled to recover its attorneys' fees under RCW 4.105.090.

Very truly yours,

Lee Brand

cc:   Sarah G. Flanagan
      Counsel for the University of Washington