# Exhibit B

**From:** Libby Locke libby@clarelocke.com
**Subject:** Re: Project Veritas v. Stanford & UW - Letter from David Hosp
**Date:** January 5, 2022 at 8:27 PM
**To:** Brand, Lee lee.brand@pillsburylaw.com, Flanagan, Sarah G. sarah.flanagan@pillsburylaw.com, Hosp, David dhosp@orrick.com, Esler, Brian brian.esler@millernash.com
**Cc:** Andy Phillips andy@clarelocke.com, Jonathan Tkachuk Jonathan@clarelocke.com, joel@ard.law, McKenna, Rob rmckenna@orrick.com, Dunne, Daniel ddunne@orrick.com, Peterson, Leslie lpeterson@orrick.com, Buder, James K (ATG) james.buder@atg.wa.gov

Lee —

Sarah's email suggested that I'd be hearing from Brian, and it did not answer any of the questions set forth in my email this morning. It sounds like from your email that Defendants seek to have a telephonic hearing to move the Court to stay the Federal Rules of Civil Procedure pending their SLAPP motion. You are correct that Plaintiff objects to both staying the FRCP and, in light of the Court's minute order, burdening the Court with a telephonic hearing to ask the Court whether the FRCP apply in federal court. You may represent that is Plaintiff's position to the Court in your written correspondence.

Best,
Libby

Elizabeth M. Locke, P.C.
Clare Locke LLP
10 Prince Street | Alexandria, VA 22314
O: (202) 628-7402 | C: (646) 263-7019
www.clarelocke.com

**From:** Brand, Lee <lee.brand@pillsburylaw.com>
**Sent:** Wednesday, January 5, 2022 8:02:22 PM
**To:** Flanagan, Sarah G. <sarah.flanagan@pillsburylaw.com>; Libby Locke <libby@clarelocke.com>; Hosp, David <dhosp@orrick.com>; Esler, Brian <brian.esler@millernash.com>
**Cc:** Andy Phillips <andy@clarelocke.com>; Jonathan Tkachuk <Jonathan@clarelocke.com>; joel@ard.law <joel@ard.law>; McKenna, Rob <rmckenna@orrick.com>; Dunne, Daniel <ddunne@orrick.com>; Peterson, Leslie <lpeterson@orrick.com>; Buder, James K (ATG) <james.buder@atg.wa.gov>
**Subject:** RE: Project Veritas v. Stanford & UW - Letter from David Hosp

Libby,

Given the lack of response to Sarah's email below, and your indication that you plan to move for default as soon as tomorrow, Defendants intend to file a written request for a telephonic conference or, alternatively, an order setting response and other case deadlines after the adjudication of the anti-SLAPP motions. We understand that you do not consent to either such a telephonic conference or such an order, so we will proceed with this filing on our own later today.

Best,
Lee

**From:** Flanagan, Sarah G. <sarah.flanagan@pillsburylaw.com>
**Sent:** Wednesday, January 5, 2022 7:01 AM
**To:** Libby Locke <libby@clarelocke.com>; Hosp, David <dhosp@orrick.com>; Esler, Brian <brian.esler@millernash.com>
**Cc:** Brand, Lee <lee.brand@pillsburylaw.com>; Andy Phillips <andy@clarelocke.com>; Jonathan Tkachuk <Jonathan@clarelocke.com>; joel@ard.law; McKenna, Rob <rmckenna@orrick.com>; Dunne, Daniel <ddunne@orrick.com>; Peterson, Leslie <lpeterson@orrick.com>; Buder, James K (ATG) <james.buder@atg.wa.gov>; Flanagan

<lpeterson@orrick.com>, Buder, James K (ATG) <james.buder@atg.wa.gov>, Flanagan, Sarah G. <sarah.flanagan@pillsburylaw.com>
**Subject:** RE: Project Veritas v. Stanford & UW - Letter from David Hosp

  Libby, Brian can speak for himself as to the content of the message he left. Stanford intended to get the Court's input on the dispute we currently have as to the applicability of the anti-SLAPP statute and how that issue should be briefed and resolved—you favoring a motion for default and Defendants favoring their anti-SLAPP motion--and next steps.  If a motion were the next step, we would then proceed to a motion based on the Court's input.

---

**From:** Libby Locke <libby@clarelocke.com>
**Sent:** Wednesday, January 5, 2022 5:21 AM
**To:** Hosp, David <dhosp@orrick.com>; Flanagan, Sarah G. <sarah.flanagan@pillsburylaw.com>; Esler, Brian <brian.esler@millernash.com>
**Cc:** Brand, Lee <lee.brand@pillsburylaw.com>; Andy Phillips <andy@clarelocke.com>; Jonathan Tkachuk <Jonathan@clarelocke.com>; joel@ard.law; McKenna, Rob <rmckenna@orrick.com>; Dunne, Daniel <ddunne@orrick.com>; Peterson, Leslie <lpeterson@orrick.com>; Buder, James K (ATG) <james.buder@atg.wa.gov>
**Subject:** Re: Project Veritas v. Stanford & UW - Letter from David Hosp

Brian, Lee and Counsel —

I am troubled by Brian's email identifying the Defendants' request to the Court, which is confirmed by the Court's minute order, that there was a request to hear a telephonic motion. That is not what Plaintiff consented to.  At this point, I have no idea what that motion is or what I'd be responding to — is it a motion to stay the FRCP? A motion to expand time to respond to the complaint under R12? A motion seeking permission to file a SLAPP motion in federal court? All of the above? None of the above? At this point, I think Defendants just need to provide us notice of precisely what their motion is and the basis for their requested relief, so Plaintiff has notice and can make a decision about whether we will oppose it or not—just as Plaintiff has done regarding our motion for default and the timing of it. But given the Court's minute order and the lack of notice to Plaintiff, I do not think it is appropriate to call the court to schedule a motion hearing for a motion that we have not been given notice of and that we may not consent to.

Best,
Libby

Elizabeth M. Locke, P.C.
Clare Locke LLP
10 Prince Street | Alexandria, VA 22314
O: (202) 628-7402 | C: (646) 263-7019
www.clarelocke.com

---

**From:** Hosp, David <dhosp@orrick.com>
**Sent:** Tuesday, January 4, 2022 7:51 PM
**To:** Flanagan, Sarah G.; Esler, Brian
**Cc:** Libby Locke; Brand, Lee; Andy Phillips; Jonathan Tkachuk; joel@ard.law; McKenna, Rob; Dunne, Daniel; Peterson, Leslie; Buder, James K (ATG)

**Subject:** RE: Project Veritas v. Stanford & UW - Letter from David Hosp

Currently I am available from 9:00-10:00am and 12:30-4:00pm pacific times.

**From:** Flanagan, Sarah G. <sarah.flanagan@pillsburylaw.com>
**Sent:** Tuesday, January 4, 2022 6:52 PM
**To:** Esler, Brian <brian.esler@millernash.com>
**Cc:** Libby Locke <libby@clarelocke.com>; Brand, Lee <lee.brand@pillsburylaw.com>; Andy Phillips <andy@clarelocke.com>; Jonathan Tkachuk <Jonathan@clarelocke.com>; joel@ard.law; Hosp, David <dhosp@orrick.com>; McKenna, Rob <rmckenna@orrick.com>; Dunne, Daniel <ddunne@orrick.com>; Peterson, Leslie <lpeterson@orrick.com>; Buder, James K (ATG) <james.buder@atg.wa.gov>; Flanagan, Sarah G. <sarah.flanagan@pillsburylaw.com>
**Subject:** Re: Project Veritas v. Stanford & UW - Letter from David Hosp

The scheduling call should just require one representative for each party.

Sent from my iPhone

> On Jan 4, 2022, at 3:11 PM, Esler, Brian <brian.esler@millernash.com> wrote:
>
> All – The Court is requiring that all parties call in to request a telephonic hearing, which is what we original proposed to do on Monday before the snow shut down the DC area. Hopefully that situation has cleared up. Please let us know your availability to make a joint call to request a telephonic hearing so we can get it scheduled quickly. Thanks. B--
>
> **Brian Esler, P.C.**
> Partner, Washington Litigation Team Leader
>
> **Miller Nash LLP**
> Pier 70 | 2801 Alaskan Way, Ste 300 | Seattle, WA 98121
> *Direct*: 206.777.7415 | *Cell*: 206.276.3998 | *Office*: 206.624.8300
> **Email** | **Bio** | **Insights** | **Website**
>
> *Our attorneys regularly offer insights to address the challenges faced by our clients. To visit the Miller Nash industry-focused blog overview page on our updated website: please click this link.*
>
> ------------------------------------
> **CONFIDENTIALITY NOTICE:** This email message may contain confidential or privileged information. If you have received this message by mistake, please do not review, disclose, copy, or distribute the email. Instead, please notify us immediately by replying to this message or telephoning us. Thank you.
> ------------------------------------
>
> **From:** Esler, Brian
> **Sent:** Monday, January 3, 2022 10:11 AM
> **To:** Libby Locke <libby@clarelocke.com>; Brand, Lee

**To:** Libby Locke <libby@clarelocke.com>; Brand, Lee <lee.brand@pillsburylaw.com>; Andy Phillips <andy@clarelocke.com>; Jonathan Tkachuk <Jonathan@clarelocke.com>; joel@ard.law; Hosp, David <dhosp@orrick.com>; McKenna, Rob <rmckenna@orrick.com>; Dunne, Daniel <ddunne@orrick.com>; lpeterson@orrick.com; Buder, James K (ATG) <james.buder@atg.wa.gov>
**Cc:** Flanagan, Sarah G. <sarah.flanagan@pillsburylaw.com>
**Subject:** RE: Project Veritas v. Stanford & UW - Letter from David Hosp

Libby – We just left a voicemail with chambers explaining that the parties have a dispute regarding the due date for defendants' responses to your client's complaint and the need to extend the scheduling order deadlines, and would like the court's input to resolve those disputes expeditiously.  We will report back once we hear back from chambers on how to proceed to bring the substance of those disputes to the court's attention for resolution.  B--

---

**From:** Libby Locke <libby@clarelocke.com>
**Sent:** Monday, January 3, 2022 9:38 AM
**To:** Brand, Lee <lee.brand@pillsburylaw.com>; Andy Phillips <andy@clarelocke.com>; Jonathan Tkachuk <Jonathan@clarelocke.com>; joel@ard.law; Hosp, David <dhosp@orrick.com>; McKenna, Rob <rmckenna@orrick.com>; Dunne, Daniel <ddunne@orrick.com>; lpeterson@orrick.com; Buder, James K (ATG) <james.buder@atg.wa.gov>
**Cc:** Flanagan, Sarah G. <sarah.flanagan@pillsburylaw.com>; Esler, Brian <brian.esler@millernash.com>
**Subject:** Re: Project Veritas v. Stanford & UW - Letter from David Hosp

Thanks Lee.  While we do not object to a call that is solely to secure a time to speak with the Court, we do object to any ex parte discussion of this issue with the Court.  We are available tomorrow, other than from 2-4pm ET.  We are unable to agree to hold off on a default motion for "a couple days after a call with the Court" at this point in time.  But the earliest we anticipate filing would be January 6.

Best,
Libby

Elizabeth M. Locke, P.C. | Partner
CLARE LOCKE LLP
10 Prince Street | Alexandria, Virginia 22314
(202) 628-7402 - direct | (646) 263-7019 - cell
libby@clarelocke.com | www.clarelocke.com

---

**From:** Brand, Lee <lee.brand@pillsburylaw.com>
**Sent:** Monday, January 3, 2022 12:25 PM
**To:** Libby Locke; Andy Phillips; Jonathan Tkachuk; joel@ard.law; Hosp, David; McKenna, Rob; Dunne, Daniel; lpeterson@orrick.com; Buder, James K (ATG)

**Cc:** Flanagan, Sarah G.; Esler, Brian
**Subject:** RE: Project Veritas v. Stanford & UW - Letter from David Hosp

Libby,

Understood and good luck with the snow. Barring any objections, we will call the Court in about an hour and try to get a time tomorrow (or later in the week) when it is available to speak to the parties. Since we are postponing the call at your request, we would also appreciate it if you would agree to hold off on filing for default until at least a couple days after a call with the Court is ultimately held.

Best,
Lee

---

**From:** Libby Locke <libby@clarelocke.com>
**Sent:** Monday, January 3, 2022 6:35 AM
**To:** Brand, Lee <lee.brand@pillsburylaw.com>; Andy Phillips <andy@clarelocke.com>; Jonathan Tkachuk <Jonathan@clarelocke.com>; joel@ard.law; Hosp, David <dhosp@orrick.com>; McKenna, Rob <rmckenna@orrick.com>; Dunne, Daniel <ddunne@orrick.com>; lpeterson@orrick.com; Buder, James K (ATG) <james.buder@atg.wa.gov>
**Cc:** Flanagan, Sarah G. <sarah.flanagan@pillsburylaw.com>; Esler, Brian <brian.esler@millernash.com>
**Subject:** Re: Project Veritas v. Stanford & UW - Letter from David Hosp

Dear Lee and counsel —

Washington DC is currently getting hit with a significant snow storm. Schools are cancelled and we are dealing with logistical issues as a result. We will need to reschedule for tomorrow to call the Court. Please let us know a time that works and we will coordinate on our end to accommodate. Our apologies for this.

Best,
Libby

Elizabeth M. Locke, P.C.
Clare Locke LLP
10 Prince Street | Alexandria, VA 22314
O: (202) 628-7402 | C: (646) 263-7019
www.clarelocke.com

---

**From:** Brand, Lee <lee.brand@pillsburylaw.com>
**Sent:** Friday, December 31, 2021 7:42 PM
**To:** Libby Locke; Andy Phillips; Jonathan Tkachuk; joel@ard.law; Hosp, David; McKenna, Rob; Dunne, Daniel; lpeterson@orrick.com; Buder, James K (ATG)
**Cc:** Flanagan, Sarah G.; Esler, Brian

**Cc:** Flanagan, Sarah G., Esler, Brian
**Subject:** RE: Project Veritas v. Stanford & UW - Letter from David Hosp

9:30am PT works for us.  I will circulate a dial in and we can call the Court together then.

Best, and happy new year,
Lee

**Lee Brand | Counsel**
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor | San Francisco, CA 94111-5998
t +1.415.983.1116 | m +1.718.360.3816
lee.brand@pillsburylaw.com | website bio
Pronouns: he/him/his

---

**From:** Flanagan, Sarah G. <sarah.flanagan@pillsburylaw.com>
**Sent:** Friday, December 31, 2021 1:25 PM
**To:** Brand, Lee <lee.brand@pillsburylaw.com>
**Cc:** Flanagan, Sarah G. <sarah.flanagan@pillsburylaw.com>
**Subject:** Fwd: Project Veritas v. Stanford & UW - Letter from David Hosp


**Sarah G. Flanagan | Partner**
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor | San Francisco, CA 94111-5998
t +1.415.983.1190 | f +1.415.983.1200 | m +1.415.370.6555
sarah.flanagan@pillsburylaw.com | website bio

Begin forwarded message:

> **From:** Andy Phillips <andy@clarelocke.com>
> **Date:** December 31, 2021 at 11:33:59 AM PST
> **To:** "Hosp, David" <dhosp@orrick.com>
> **Cc:** joel@ard.law, Jonathan Tkachuk <Jonathan@clarelocke.com>, "Flanagan, Sarah G." <sarah.flanagan@pillsburylaw.com>, "Dunne, Daniel" <ddunne@orrick.com>, "McKenna, Rob" <rmckenna@orrick.com>, james.buder@atg.wa.gov, Libby Locke <libby@clarelocke.com>, "Peterson, Leslie" <lpeterson@orrick.com>
> **Subject: Re: Project Veritas v. Stanford & UW - Letter from David Hosp**
>
> Counsel,
>
> Please see the attached correspondence from Libby Locke.
>
> Andrew C. Phillips | Partner
> CLARE LOCKE LLP
> 10 Prince Street | Alexandria, Virginia 22314
> (202) 628-7404 - direct | (847) 951-7093 - cell
> andy@clarelocke.com | www.clarelocke.com

This electronic message transmission contains information from the law firm of Clare Locke LLP, which may be confidential or privileged.  The information is intended exclusively for the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you received this electronic transmission in error, please notify us immediately at admin@clarelocke.com.

---

**From:** "Peterson, Leslie" <lpeterson@orrick.com>
**Date:** Thursday, December 30, 2021 at 4:26 PM
**To:** Libby Locke <libby@clarelocke.com>
**Cc:** Andy Phillips <andy@clarelocke.com>, "joel@ard.law" <joel@ard.law>, Jonathan Tkachuk <Jonathan@clarelocke.com>, "sarah.flanagan@pillsburylaw.com" <sarah.flanagan@pillsburylaw.com>, "Hosp, David" <dhosp@orrick.com>, "Dunne, Daniel" <ddunne@orrick.com>, "McKenna, Rob" <rmckenna@orrick.com>, "james.buder@atg.wa.gov" <james.buder@atg.wa.gov>
**Subject:** Project Veritas v. Stanford & UW - Letter from David Hosp
**Resent-From:** Proofpoint Essentials <do-not-reply@proofpointessentials.com>
**Resent-To:** <andy@clarelocke.com>
**Resent-Date:** Thursday, December 30, 2021 at 4:21 PM

Good afternoon,

Attached is a letter from David Hosp.

Thank you.

**Leslie Peterson**
Executive Assistant

Orrick
Seattle

T +1-206-839-4314
lpeterson@orrick.com

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly

in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.


The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.