The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PROJECT VERITAS,<br><br>               Plaintiff,<br><br>    v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY, and THE UNIVERSITY OF WASHINGTON<br><br>               Defendants. | No. 2:21-cv-01326-TSZ<br><br>PLAINTIFF PROJECT VERITAS' NOTICE REGARDING RULE 26(f) CONFERENCE |

This Court directed the parties to hold a Rule 26(f) Conference by Friday, January 14, 2022. [*See* Dkt. 13 at 1; Dkt Entry Nov. 16, 2021.] The Court has not amended this requirement or granted a stay of any discovery obligations in this case. Plaintiff understands that the Court's discovery obligations remain in full force and effect and, therefore, has attempted to comply with them by asking Defendants to participate in a Rule 26(f) conference on multiple occasions. [*See* Dkt. 32, Ex. 1, at 10–11]; (Email from Elizabeth M. Locke, Plaintiff's Counsel, to Defendants' Counsel (Jan. 13, 2022) (Ex. A)). Defendants, however, have refused to participate in a Rule 26(f) conference, asserting they are not bound by this Court's scheduling orders due to their reliance upon a state procedural statute. [*See* Dkt. 32 at 3; Dkt. 32, Ex. 3, at 17; Dkt. 32, Ex. 5, at 24.] Accordingly, no Rule 26(f) Conference has taken place. Plaintiff stands ready to participate in the Rule 26(f) Conference and to comply with all other deadlines set by this Court and/or the Federal Rules of Civil Procedure.

Plaintiff's Notice Re: Rule 26(f) Conference —
No. 2:21-cv-01326-TSZ

*Project Veritas v. Stanford and Washington University*

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110

Dated: January 17, 2022

Respectfully Submitted,

_____
Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

Elizabeth M. Locke, P.C. (of counsel) (*pro hac vice*)
Andrew C. Phillips (of counsel) (*pro hac vice*)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
Email: libby@clarelocke.com
Email: andy@clarelocke.com

ATTORNEYS FOR PLAINTIFF

Plaintiff's Notice Re: Rule 26(f) Conference —
No. 2:21-cv-01326-TSZ

*Project Veritas v. Stanford and Washington University*

Ard Law Group PLLC

P.O. Box 11633
Bainbridge Island, WA 98110