UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PROJECT VERITAS,

          Plaintiff,

  v.

LELAND STANFORD JUNIOR UNIVERSITY; and UNIVERSITY OF WASHINGTON,

          Defendant.

C21-1326 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff has filed a Cross Motion for Default, docket no. 33. Plaintiff, however, has failed to provide evidence that it gave Defendants written notice of its intention to move for the entry of default at least fourteen (14) days prior to filing its motion in accordance with Local Civil Rule 55(a). As Defendants have appeared in the case, the Cross Motion for Default was also improperly noted for the same day it was filed. The Cross Motion for Default instead should have been noted in accordance with Local Civil Rule 7(d)(3). Accordingly, the Cross Motion for Default is RENOTED for February 4, 2022. Because the Court will resolve the Cross Motion for Default at the same time as the Defendants' Motion to Modify Case Schedule, docket no. 32, Defendants' Motion to Modify is also RENOTED for February 4, 2022.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of January, 2022.

                                      Ravi Subramanian
                                      Clerk

                                      s/Gail Glass
                                      Deputy Clerk

MINUTE ORDER - 1