UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PROJECT VERITAS,

          Plaintiff,

v.

THE LELAND STANFORD JUNIOR UNIVERSITY; and THE UNVIERSITY OF WASHINGTON,

          Defendants.

C21-1326

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The parties Joint Motion, docket no. 45, is GRANTED.  In response to the Motion for Expedited Relief and Dismissal, docket no. 37, filed by Defendant Leland Stanford Junior University, and the Motion to Dismiss, docket no. 40, filed by Defendant University of Washington, Plaintiff Project Veritas may file a single, omnibus, 40-page opposition by March 4, 2022.  Defendants may file a reply by March 25, 2022 by either filing a single, joint reply of no more than 20 pages, or separate replies of no more than 12 pages each.

    (2)    The Clerk is directed to RENOTE both Motions, docket nos. 37 and 40, for March 25, 2022.

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 7th day of February, 2022.

                  Ravi Subramanian
                  Clerk

                  s/Gail Glass
                  Deputy Clerk

MINUTE ORDER - 1