UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PROJECT VERITAS,

          Plaintiff,

  v.

UNIVERSITY OF WASHINGTON, et al.,

          Defendants.

C21-1326 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendants Motion to Modify Case Schedule, docket no. 32, is STRICKEN as moot.  In the Motion, Defendants seek leave "to file their dispositive motions consistent with RCW 4.105.010 and FRCP 12(b)(6) on January 28, 2022."  Reply (docket no. 34 at 2).  On January 27, 2022, both Defendants filed their dispositive motions, see Motions to Dismiss, docket nos. 37 & 40, and the Court determines that those motions were timely filed.  For this reason, the Court also STRIKES Plaintiff's Cross Motion for Default, docket no. 33, as moot.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of February, 2022.

                                      Ravi Subramanian
                                      Clerk

                                      s/Gail Glass
                                      Deputy Clerk

MINUTE ORDER - 1