THE HONORABLE THOMAS S. ZILLY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PROJECT VERITAS,<br><br>           Plaintiff,<br><br>v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY, and THE UNIVERSITY OF WASHINGTON<br><br>           Defendants. | No. 2:21-cv-01326-TSZ<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

      NOTICE IS HEREBY GIVEN that Plaintiff Project Veritas hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order entered in this action on May 17, 2022 [ECF No. 57] (the "May 17, 2022 Order").

      In appeal from the May 17, 2022 Order, Plaintiff appeals from any and all orders antecedent and ancillary thereto, including the May 17, 2022 Order's granting of Defendant The Leland Stanford Junior University's Motion for Expedited Relief and Dismissal [ECF No. 37], the granting of Defendant University of Washington's Motion to Dismiss for Failure to State a Claim [ECF No. 40], the Court's Minute Order of February 11, 2022 determining that the Defendants' aforesaid motions were timely filed [ECF No. 48], the denial of Project Veritas' Rule 12(d) and 56(d) Motion [ECF No. 51], and any and all interlocutory judgments, decrees, decisions, rulings, verdicts, and opinions that merged into and became part of the May 17, 2022 Order, that are related to the May 17, 2022 Order, and upon which the May 17, 2022 Order is based.

| | |
|---|---|
| Dated: June 15, 2022 | Respectfully Submitted, |

*[signature]*

Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

Elizabeth M. Locke, P.C. (of counsel) (*pro hac vice*)
Andrew C. Phillips (of counsel) (*pro hac vice*)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
Email: libby@clarelocke.com
Email: andy@clarelocke.com

ATTORNEYS FOR PLAINTIFF