THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

PROJECT VERITAS,

        *Plaintiff,*

    v.

THE LELAND STANFORD JUNIOR
UNIVERSITY and THE UNIVERSITY OF
WASHINGTON,

        *Defendants.*

No. 2:21-cv-01326-TSZ

PLAINTIFF'S REPRESENTATION
STATEMENT

## PLAINTIFF'S REPRESENTATION STATEMENT

This action entails the following parties and counsel:

| Party | Counsel |
|---|---|
| Project Veritas | Joel B. Ard<br>Ard Law Group PLLC<br>PO Box 11633<br>Bainbridge Island, WA 98110<br>206-701-9243<br>Joel@ard.law |

PLAINTIFF'S REPRESENTATION STATEMENT
*PROJECT VERITAS V. STANFORD AND UW*, NO. 2:21-CV-01326-TSZ

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

| | |
|---|---|
| | Elizabeth M. Locke, P.C. |
| | (Admitted Pro Hac Vice) |
| | Andrew C. Phillips |
| | (Admitted Pro Hac Vice) |
| | CLARE LOCKE LLP |
| | 10 Prince Street |
| | Alexandria, VA 22314 |
| | Telephone: (202) 628-7400 |
| | Email: libby@clarelocke.com |
| | Email: andy@clarelocke.com |
| | |
| | Attorneys For Plaintiff Project Veritas |
| The Leland Stanford Junior University | Sarah G. Flanagan |
| | (Admitted Pro Hac Vice) |
| | Lee Brand |
| | (Admitted Pro Hac Vice) |
| | Pillsbury Winthrop Shaw Pittman LLP |
| | Four Embarcadero Center, 22nd Floor |
| | San Francisco, CA 94111-5998 |
| | Telephone: 415-983-1000 |
| | Email: sarah.flanagan@pillsburylaw.com |
| | Email: lee.brand@pillsburylaw.com |
| | |
| | |
| | Brian William Esler |
| | Miller Nash LLP |
| | Pier 70, 2801 Alaskan Way, Suite 300 |
| | Seattle, WA 98121 |
| | Telephone:  206-624-8300 |
| | Email: brian.esler@millernash.com |
| | |
| | Attorneys for Defendant The Leland Stanford Junior University |
| The University of Washington | R. David Hosp |
| | (Admitted Pro Hac Vice) |
| | Kristina DiBenedetto McKenna |
| | (Admitted Pro Hac Vice) |
| | Orrick, Herrington & Sutcliffe LLP |
| | 222 Berkeley Street, Suite 2000 |
| | Boston, MA 02116 |
| | Telephone: 617-880-1800 |

PLAINTIFF'S REPRESENTATION STATEMENT
*PROJECT VERITAS V. STANFORD AND UW*, No. 2:21-CV-01326-TSZ

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

| | |
|---|---|
| 1 | Email: kmckenna@orrick.com |
| 2 | Email:  dhosp@orrick.com |
| 3 | Robert M. McKenna |
| | Daniel J. Dunne, Jr. |
| 4 | Orrick, Herrington & Sutcliffe LLP |
| 5 | 701 Fifth Avenue, Suite 5600 |
| | Seattle, WA 98104-7097 |
| 6 | Telephone: 206-839-4300 |
| 7 | Email: rmckenna@orrick.com |
| | Email: ddunne@orrick.com |
| 8 | |
| 9 | James K. Buder |
| | Assistant Attorney General |
| 10 | 4333 Brooklyn Ave NE, MS 359475 |
| | Seattle, Washington 98195-9475 |
| 11 | Telephone:  206-543-415 |
| 12 | Email:  james.buder@atg.wa.gov |
| 13 | Attorneys for Defendant The University of Washington |

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27

PLAINTIFF'S REPRESENTATION STATEMENT
*PROJECT VERITAS V. STANFORD AND UW*, No. 2:21-cv-01326-TSZ

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

June 15, 2022.

ARD LAW GROUP PLLC

By: _____

Joel B. Ard, WSBA # 40104
P.O. Box 11633
Bainbridge Island, WA 98110
206.701.9243
Joel@Ard.law
ATTORNEYS FOR PLAINTIFF
PROJECT VERITAS

*/s/ Elizabeth M. Locke*
Elizabeth M. Locke, P.C.
(Admitted Pro Hac Vice)

*/s/ Andrew C. Phillips*
Andrew C. Phillips
(Admitted Pro Hac Vice)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
Email: libby@clarelocke.com
Email: andy@clarelocke.com
ATTORNEYS FOR PLAINTIFF
PROJECT VERITAS

PLAINTIFF'S REPRESENTATION STATEMENT
*PROJECT VERITAS v. STANFORD AND UW*, NO. 2:21-cv-01326-TSZ

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243