# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| PROJECT VERITAS,<br><br>               Plaintiff,<br><br>v.<br><br>LELAND STANFORD JUNIOR UNIVERSITY; and UNIVERSITY OF WASHINGTON,<br><br>               Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C21-1326 TSZ |

____     **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_     **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Motion to Dismiss, docket no. 40, filed by Defendant University of Washington ("UW"), and joined by Defendant Leland Stanford Junior University ("Stanford"), is GRANTED and this case is DISMISSED with prejudice and without leave to amend. The Motion for Special Expedited Relief under Washington's Uniform Public Expression Protection Act ("UPEPA"), docket no. 37, filed by Stanford is GRANTED. UW's Motion under UPEPA, which UW made by joining in Stanford's motion, is DENIED. Project Veritas's claims are DISMISSED with prejudice, and judgment is hereby ENTERED in favor of Defendants. The Court further GRANTS Stanford's Motion for Attorney Fees, docket no. 60, and AWARDS Stanford its reasonable attorney fees in the amount of $149,596.90. Defendants may tax costs in the manner set forth in Local Civil Rule 54(d).

    Dated this 5th day of August, 2022.


                                          Ravi Subramanian
                                          Clerk

                                          s/Gail Glass
                                          Deputy Clerk