UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PROJECT VERITAS,

    Plaintiff,

v.

LELAND STANFORD JUNIOR UNIVERSITY; and UNIVERSITY OF WASHINGTON,

    Defendants.

C21-1326 TSZ

ORDER

Plaintiff's Unopposed Motion, docket no. 72, to deposit funds into the Registry of the Court and for a stay of execution on judgment pending disposition on appeal is GRANTED, and the Court ORDERS as follows:

(1) Execution on the Judgment, docket no. 71, is hereby STAYED pending further order of the Court, provided that Plaintiff deposits into the Registry of the Court $164,556.59, on or before Friday, September 2, 2022, the principal sum of $164,556.59, which shall bear interest in the manner provided in Local Civil Rule 67(a). See Fed. R. Civ. P. 62(b).

(2) The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 25th day of August, 2022.

Thomas S. Zilly
United States District Judge

ORDER - 1