THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

PROJECT VERITAS,

        Plaintiff,

v.

THE LELAND STANFORD JUNIOR UNIVERSITY, and THE UNIVERSITY OF WASHINGTON

        Defendants.

No. 2:21-cv-01326-TSZ

**PLAINTIFF'S AMENDED NOTICE OF APPEAL**

On June 16, 2022, Plaintiff Project Veritas timely filed its Notice of Appeal to the Ninth Circuit regarding this Court's May 17, 2022 Order [ECF No. 57] and all earlier orders in this case that were merged into, became part of, related to, or underpinned the May 17, 2022 Order. [ECF No. 58.] After Plaintiff filed its Notice of Appeal, Defendant Stanford University moved this Court to award attorney's fees. [ECF No. 60.] On August 4, 2022, this Court entered an Order granting Defendant Stanford's Motion. [ECF No. 70.] On August 5, 2022, the Court entered Judgment in this action. [ECF No. 71.] This Amended Notice of Appeal is addressed to those developments.

Plaintiff hereby amends its earlier Notice of Appeal to note that Plaintiff also appeals from this Court's August 5, 2022 Judgment [ECF No. 71]. In appealing from the August 5, 2022 Judgment, Plaintiff appeals any and all orders antecedent and ancillary thereto, including the August 4, 2022 Order granting Stanford's Motion for Attorney Fees [ECF No. 70], the May 17, 2022 Order granting Defendant The Leland Stanford Junior University's Motion for Expedited

Relief and Dismissal and granting Defendant University of Washington's Motion to Dismiss for Failure to State a Claim [ECF No. 57], the denial of Project Veritas' Rule 12(d) and 56(d) Motion [ECF No. 51], the Court's Minute Order of February 11, 2022 determining that Defendant Stanford's Motion for Expedited Relief and Dismissal and Defendant University of Washington's Motion to Dismiss for Failure to State a Claim were timely filed [ECF No. 48], and any and all interlocutory judgments, decrees, decisions, rulings, verdicts, and opinions that merged into and became part of the August 5, 2022 Judgment, that are related to the August 5, 2022 Judgment, or upon which the August 5, 2022 Judgment is based.

Dated: August 31, 2022

Respectfully Submitted,

*[signature]*

Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

Elizabeth M. Locke, P.C. (of counsel) (*pro hac vice*)
Andrew C. Phillips (of counsel) (*pro hac vice*)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
Email: libby@clarelocke.com
Email: andy@clarelocke.com

ATTORNEYS FOR PLAINTIFF