The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PROJECT VERITAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY and THE UNIVERSITY OF WASHINGTON,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01326-TSZ<br><br>STIPULATED MOTION TO LIFT STAY ON EXECUTION OF JUDGMENT AND RELINQUISH SUPERSEDEAS BOND<br><br>NOTING DATE: October 17, 2023 |

## STIPULATION

Plaintiff Project Veritas and Defendants The Board of Trustees of the Leland Stanford Junior University ("Stanford") and The University of Washington, by their undesigned counsel, hereby stipulate as follows and move for entry of the subjoined proposed order based on the parties' stipulation:

1. On August 25, 2022, the Court entered an Order [Dkt. 73] granting Plaintiff's Unopposed Motion [Dkt. 72] for a supersedeas bond in the amount of $164,556.59 and a stay of execution of the Court's Judgment [Dkt. 71] pending disposition on appeal.

2. On September 2, 2022, pursuant to that Order, Project Veritas deposited $164,556.59 into the Court Registry (Receipt # SEA200000093) (the "Supersedeas Deposit").

3. On October 17, 2023, Project Veritas, Stanford, and The University of Washington stipulated in the Ninth Circuit to the voluntary dismissal with prejudice of Project Veritas's appeal.

4. In connection with that voluntary dismissal, Project Veritas has agreed to relinquish the entirety of its Supersedeas Deposit and all interest accumulated on that Deposit to Stanford.

5. The parties agree that Stanford's receipt of the Supersedeas Deposit with all accumulated interest shall constitute full and final satisfaction of the Court's Judgment.

6. The parties jointly request that the Court enter the accompanying proposed Order to release those funds in their entirety to Stanford.

DATED this 17th day of October, 2023.

Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

By: *s/ Elizabeth M. Locke, P.C.*
Elizabeth M. Locke, P.C. (of counsel) (pro hac vice)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
Email: libby@clarelocke.com

Attorneys for Plaintiff Project Veritas

Brian W. Esler, WSBA No. 22168
Miller Nash LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121
Telephone: (206) 624-8300
Email: brian.esler@millernash.com

By: *s/ Lee Brand*
Sarah G. Flanagan (pro hac vice)
Lee Brand (pro hac vice)
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: +1 415 983 1000
Email: sarah.flanagan@pillsburylaw.com
       lee.brand@pillsburylaw.com

Attorneys for Defendant Stanford

STIPULATED MOTION
TO LIFT STAY AND RELINQUISH BOND
(Case No. 2:21-cv-01326-TSZ)

By: *s/ R. David Hosp*
R. David Hosp
(Admitted Pro Hac Vice)
Kristina DiBenedetto McKenna
(Admitted Pro Hac Vice)
Orrick, Herrington & Sutcliffe LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116
Telephone: 617-880-1800
Email: kmckenna@orrick.com
Email: dhosp@orrick.com

Robert M. McKenna
WSBA No. 18327
Daniel J. Dunne, Jr.
WSBA No. 16999
Orrick, Herrington & Sutcliffe LLP
701 Fifth Avenue, Suite 5600
Seattle, WA 98104-7097
Telephone: 206-839-4300
Email: rmckenna@orrick.com
Email: ddunne@orrick.com

James K. Buder
WSBA No. 36659
Assistant Attorney General
4333 Brooklyn Ave NE, MS 359475
Seattle, Washington 98195-9475
Telephone: 206-543-415
Email: james.buder@atg.wa.gov

Attorneys for Defendant The University of Washington

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 17th day of October, 2023.

<div style="text-align:right">
<i>s/ Lee Brand</i>
Lee Brand
</div>