The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PROJECT VERITAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE LELAND STANFORD JUNIOR UNIVERSITY and THE UNIVERSITY OF WASHINGTON,<br><br>　　　　Defendants. | Case No. 2:21-cv-01326-TSZ<br><br>STIPULATED MOTION TO LIFT STAY ON EXECUTION OF JUDGMENT AND RELINQUISH SUPERSEDEAS BOND **AND ORDER** |

## **STIPULATION**

Plaintiff Project Veritas and Defendants The Board of Trustees of the Leland Stanford Junior University ("Stanford") and The University of Washington, by their undesigned counsel, hereby stipulate as follows and move for entry of the subjoined proposed order based on the parties' stipulation:

1. On August 25, 2022, the Court entered an Order [Dkt. 73] granting Plaintiff's Unopposed Motion [Dkt. 72] for a supersedeas bond in the amount of $164,556.59 and a stay of execution of the Court's Judgment [Dkt. 71] pending disposition on appeal.

2. On September 2, 2022, pursuant to that Order, Project Veritas deposited $164,556.59 into the Court Registry (Receipt # SEA200000093) (the "Supersedeas Deposit").

3. On October 17, 2023, Project Veritas, Stanford, and The University of Washington stipulated in the Ninth Circuit to the voluntary dismissal with prejudice of Project Veritas's appeal.

4. In connection with that voluntary dismissal, Project Veritas has agreed to relinquish the entirety of its Supersedeas Deposit and all interest accumulated on that Deposit to Stanford.

5. The parties agree that Stanford's receipt of the Supersedeas Deposit with all accumulated interest shall constitute full and final satisfaction of the Court's Judgment.

6. The parties jointly request that the Court enter the accompanying proposed Order to release those funds in their entirety to Stanford.

DATED this 17th day of October, 2023.

| | |
|---|---|
| Joel B. Ard, WSBA # 40104<br>Ard Law Group PLLC<br>P.O. Box 11633<br>Bainbridge Island, WA 98110<br>Phone: (206) 701-9243<br><br>Attorneys for Plaintiff Project Veritas | By: *s/ Elizabeth M. Locke, P.C.*<br>Elizabeth M. Locke, P.C. (of counsel) (pro hac vice)<br>CLARE LOCKE LLP<br>10 Prince Street<br>Alexandria, VA 22314<br>Telephone: (202) 628-7400<br>Email: libby@clarelocke.com |
| Brian W. Esler, WSBA No. 22168<br>Miller Nash LLP<br>Pier 70, 2801 Alaskan Way, Suite 300<br>Seattle, WA 98121<br>Telephone: (206) 624-8300<br>Email: brian.esler@millernash.com<br><br>Attorneys for Defendant Stanford | By: *s/ Lee Brand*<br>Sarah G. Flanagan (pro hac vice)<br>Lee Brand (pro hac vice)<br>Pillsbury Winthrop Shaw Pittman LLP<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-5998<br>Telephone: +1 415 983 1000<br>Email: sarah.flanagan@pillsburylaw.com<br>         lee.brand@pillsburylaw.com |

| | |
|---|---|
| Robert M. McKenna<br>WSBA No. 18327<br>Daniel J. Dunne, Jr.<br>WSBA No. 16999<br>Orrick, Herrington & Sutcliffe LLP<br>701 Fifth Avenue, Suite 5600<br>Seattle, WA 98104-7097<br>Telephone: 206-839-4300<br>Email: rmckenna@orrick.com<br>Email: ddunne@orrick.com | By: *s/ R. David Hosp*<br>R. David Hosp<br>(Admitted Pro Hac Vice)<br>Kristina DiBenedetto McKenna<br>(Admitted Pro Hac Vice)<br>Orrick, Herrington & Sutcliffe LLP<br>222 Berkeley Street, Suite 2000<br>Boston, MA 02116<br>Telephone: 617-880-1800<br>Email: kmckenna@orrick.com<br>Email: dhosp@orrick.com |

James K. Buder
WSBA No. 36659
Assistant Attorney General
4333 Brooklyn Ave NE, MS 359475
Seattle, Washington 98195-9475
Telephone: 206-543-415
Email: james.buder@atg.wa.gov

Attorneys for Defendant The University of Washington

STIPULATED MOTION
TO LIFT STAY AND RELINQUISH BOND **AND ORDER - 3**
(Case No. 2:21-cv-01326-TSZ)

# **ORDER**

IT IS HEREBY ORDERED that:

1. Mandate having issued on October 18, 2023, docket no. 76, the parties' stipulated motion, docket no. 75, is GRANTED, and the stay of execution on judgment pending disposition on appeal is hereby LIFTED.

2. The Clerk is AUTHORIZED and DIRECTED to draw a check on the funds deposited in the Registry of this Court in the principal amount of $164,556.59, plus all accrued interest, minus the fee described in Local Civil Rule 67(c), payable to The Board of Trustees of the Leland Stanford Junior University, and to mail or deliver the check to The Board of Trustees of the Leland Stanford Junior University ("Stanford").

3. Pursuant to Local Civil Rule 67(b), counsel for Stanford shall email Stanford's mailing address and completed IRS W-9 form to the Clerk's Office Finance Department.

4. Such disbursement to Stanford shall constitute full and final satisfaction of the Court's Judgment, docket no. 71.  This case shall remain CLOSED.

DATED this 23rd day of October, 2023.

_____
Thomas S. Zilly
United States District Judge